**Julie Deffenbaugh WILLIAMS, Plaintiff–Appellee Cross–Appellant,**

v.

**WAL–MART STORES, INC., et al., Defendants,**

**Wal–Mart Stores, Inc., Defendant–Appellant Cross–Appellee.**

**No. 97–10685.**

United States Court of Appeals, Fifth Circuit.

Feb. 26, 1999.

Mark C. Brodeur, Dallas, TX, for Plaintiff-Appellee Cross-Appellant.

Jimmy Preston Wrotenbery, Kevin D. Jewell, Magenheim, Bateman, Robinson, Wrotenbery & Helfand, Houston, TX, for Defendant-Appellant Cross-Appellee.

* Chief Judge King is recused and did not partici-

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.